RECEIVED BY MAIL
JUN 27 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Civil Rights

SCANNED
JUN 28 2022
U.S. DISTRICT COURT MPLS