


**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**

**UNITED STATES POSTAL SERVICE** — Retail

P | US POSTAGE PAID
**$8.95**
Origin: 55387
06/27/22
2695200358-15

**PRIORITY MAIL 1-DAY®**

0 Lb 4.20 Oz
1006

EXPECTED DELIVERY DAY: 06/28/22

C093

SHIP TO:
300 S 4TH ST
MINNEAPOLIS MN 55415-1320

USPS TRACKING® #

9505 5147 9873 2178 6394 01

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

- Expected delivery date specified fo[r]
- Most domestic shipments include [...]
- USPS Tracking® included for dome[stic]
- Limited international insurance.**
- When used internationally, a custo[ms]

*Insurance does not cover certain items. For d[etails see] Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.us[ps.com]

**FLAT RATE ENVE**[LOPE]
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSUR**[ED]


PS00001000014

**FROM:**
Matthew & Nicole Skaro
1683 St George St
Waconia, MN 55387


RECEIVED BY MAIL
JUN 28 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**TO:**
U.S. District Court
300 S. 4th St
Minneapolis, MN 55415


SCANNED
JUN 28 2022
U.S. DISTRICT COURT MPLS